IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02953-WYD-MEH

JAMES NELSON and
ELIZABETH VARNEY,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 2, 2012.**

      The United States of America's Unopposed Motion to Amend Scheduling Order [filed July 2, 2012; docket #24] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows. The rebuttal expert disclosure deadline is extended to **August 28, 2012**, for the sole purpose of allowing Defendant's psychologist rebuttal expert, Dr. Suzanne Kenneally, to disclose her rebuttal expert report. In addition, the discovery cut-off is extended to **September 20, 2012**, for the sole purpose of allowing Plaintiffs to depose Dr. Kenneally. All other deadlines remain the same.