IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02953-WYD-MEH

JAMES NELSON, and
ELIZABETH VARNEY,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 28, 2012.**

      Defendant's Unopposed Motion for Stipulated Protective Order [filed September 26, 2012; docket #36] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires the proper mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Further, the Court notes that it will not retain jurisdiction over the order after termination of this action.