IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02953-WYD-MEH

JAMES NELSON, and
ELIZABETH VARNEY,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2012.**

    Defendant's Unopposed Amended Motion for Stipulated Protective Order [filed October 4, 2012; docket #39] is **granted** and the proposed Stipulated Protective Order is accepted, issued and filed contemporaneously with this Minute Order.