## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE WILEY Y. DANIEL

Civil Action No.:  11-cv-02953-WYD-CBS

JAMES NELSON and
ELIZABETH VARNEY,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 5th day of December, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE