IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02953-WYD-CBS

JAMES NELSON and
ELIZABETH VARNEY,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Findings of Fact and Conclusions of Law, filed on May 14, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Plaintiff, James Nelson, and against Defendant, United States of America, in the total amount of $2,964,763.59 for Plaintiff's economic damages.  It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, James Nelson, and against Defendant, United States of America, in the total amount of $936,030.00 for Plaintiff's noneconomic damages.  It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, James Nelson, and against Defendant, United States of America, in the total amount of $3,000,000.00 for Plaintiff's permanent impairment and disfigurement.  It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, Elizabeth Varney, and against Defendant, United States of America, in the total amount of $401,425.00 on Plaintiff's claim for loss of consortium damages.  It is further

ORDERED that post-judgment interest shall accrue at the current rate of  0.10%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.  It is further

ORDERED that Plaintiffs shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 16th day of May, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk

APPROVED AS TO FORM:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE